UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUANE T. BURNS and KEVIN L. HENAULT,

    Plaintiffs,

v.      Case No. 8:11-cv-354-T-24-TBM

WINNEBAGO INDUSTRIES, INC.,

    Defendant.

_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Clarification (Doc. No. 103) regarding the Amended Judgment for Attorneys' Fees (Doc. No. 101). On March 5, 2013, this Court awarded Defendant appellate attorneys' fees of $30,175 and 429.06 in costs and directed the Clerk to amend the judgment to reflect this. (Doc. No. 99). There was a prior attorneys' fees judgment that reflected Defendant's award of trial attorneys' fees of $94,284.29. (Doc. No. 76). This Court did not clarify that the appellate attorneys' fee and cost award was *in addition to* the trial attorneys' fee award, and the Clerk amended the judgment to reflect only the appellate attorneys' fee and cost award. As such, Defendant's Motion for Clarification (Doc. No. 103) is **GRANTED**, and the Clerk is directed to **VACATE** the Amended Judgment for Attorneys' Fees (Doc. No. 101) and re-issue an amended judgment for attorneys' fees and costs that reflects a *total* award of $124,459.29 in attorneys' fees and 429.06 in costs.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of March, 2013.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record